1  Michael A. Tomasulo (SBN: 179389)
   mtomasulo@winston.com
2  David K. Lin (SBN: 278404)
   dlin@winston.com
3  Joe Netikosol (SBN: 302026)
   jnetikosol@winston.com
4  WINSTON & STRAWN LLP
   333 South Grand Avenue, 38th Floor
5  Los Angeles, CA 90071
   T: (213) 615-1700
6  F: (213) 615-1750

7  Katherine Vidal (SBN: 194971)
   kvidal@winston.com
8  Louis L. Campbell (SBN: 221282)
   llcampbell@winston.com
9  WINSTON & STRAWN LLP
   255 Shoreline Dr., Suite 520
10 Redwood City, CA 94065
   T: (650) 858-6500
11 F: (650) 858-6550

   Dustin J. Edwards (*pro hac vice pending*)
   dedwards@winston.com
   WINSTON & STRAWN LLP
   800 Capitol Street, Suite 2400
   Houston, TX 77002
   T: (713) 651-2600
   F: (713) 651-2700

12
13 Attorneys for Defendant
   Roku, Inc.

14
15                **UNITED STATES DISTRICT COURT**
16                **NORTHERN DISTRICT OF CALIFORNIA**
17                      **SAN FRANCISCO DIVISION**

18
19  Media Chain, LLC                      **Case No. 21-cv-09528-EMC**
20              Plaintiff,                **MOTION FOR JUDGMENT ON THE PLEADINGS**
21      vs.
22  Roku, Inc.                            Date:  February 24, 2022
                                          Time:  1:30 p.m.
23              Defendant.                Place: Courtroom 5, 17th floor
24
25
26
27
28

**Notice of Motion**

Please take notice that on February 24, 2022, at 1:30 p.m., or as soon after as the parties are heard, in the courtroom of the Honorable Edward M. Chen, located at Courtroom 5, 17th Floor, 450 Golden Gate Avenue, San Francisco, California, Roku will move for judgment on the pleadings.

**Points and Authorities in Support of Motion**

Roku filed this motion prior to the transfer of this case from the Western District of Texas. Docket Index ("DI") 63. Media Chain filed an opposition brief prior to the transfer of this case from the Western District of Texas. DI 64. The motion to transfer was granted on Dec. 7, 2021, two days before Roku's reply brief was due. DI 65. Roku filed the reply brief in the docket for the Western District of Texas on its original Dec. 9, 2021, due date. *See* 1:21-00027-LY DI 67 (W.D.Tex. Dec. 9, 2021). Roku refiled a substantively identical reply brief in this Court's docket on Dec. 13, 2021. DI 68. Hence the briefing of this motion is complete (DI 64, 65, and 68). The present document only serves to notice the motion for a hearing pursuant to the procedures of Northern District of California.

Dated: January 12, 2022

WINSTON & STRAWN LLP

By: *Michael A. Tomasulo*
Michael A. Tomasulo
Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071
tel. (213) 615-1700
fax (213) 615-1750
mtomasulo@winston.com

Katherine Vidal
Louis Campbell
Winston & Strawn LLP
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
tel. (650) 858-6500
fax (650) 858-6550
kvidal@winston.com
llcampbell@winston.com

ATTORNEYS FOR DEFENDANT ROKU, INC.

**CERTIFICATE OF SERVICE**
**United States District Court for the Northern District of California**
*Media Chain, LLC. V Roku, Inc.*
**Case No. Case No. 21-cv-09528-EMC**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is Winston & Strawn LLP, 333 S. Grand Avenue, Los Angeles, CA 90071-1543.  On January 12, 2022, I served the following document(s):

**MOTION FOR JUDGMENT ON THE PLEADINGS**

☒   **ECF:** by electronically filing the document(s) listed above using the Court's CM/ECF System, in accordance with the applicable Federal Rules of Civil Procedure and the Local Rules of this Court. A Notice of Electronic Filing (NEF) will be automatically generated by the CM/ECF system and sent by e-mail to all attorneys who have appeared in this case.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Signed: */s/ Michael A. Tomasulo*

Dated:  January 12, 2022