Michael F. Ram, SBN 104805
Email: mram@forthepeople.com
Marie N. Appel, SBN 187483
Email: mappel@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, California 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6923

U.S. DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDIA CHAIN, LLC,<br><br>  Plaintiff,<br><br>   v.<br><br>ROKU, INC.,<br><br>  Defendant. | NO. 3:21-cv-009528-AGT<br><br>**UNOPPOSED MOTION FOR PHILLIP N. SANOV TO WITHDRAW AS COUNSEL FOR PLAINTIFF**<br><br>Honorable Edward M. Chen |

The undersigned counsel, Phillip N. Sanov, Esq. ("Sanov"), pursuant to Local Rule 11-5(a), respectfully moves to withdraw as counsel of record for Plaintiff, MEDIA CHAIN, LLC ("Plaintiff"), and in support thereof states as follows:

1. This case was initially filed in the Western District of Texas.

2. On August 4, 2021, Sanov, also with the firm of Morgan and Morgan, P.A., appeared as local counsel for Plaintiff. [DE 36.]

3. On December 10, 2021, this case was filed to the Northern District of California. California local California counsel appeared on Plaintiff's behalf along with other attorneys who appeared *pro hac vice*.

4. On January 10, 2022, Plaintiff's attorneys and local California counsel moved to withdraw due to irreconcilable differences (the "Motion"). Defendants did not oppose the motion and Plaintiff consented to the withdrawal. [DE 75.]

5. On January 12, 2022, this Court granted the Motion and relieved Plaintiff's local California counsel, *pro hac vice* counsel, the law firms of Morgan and Morgan, P.A. and the Brickell IP Group, PLLC of any further responsibility (the "Order"). [DE 77.]

6. Due to an inadvertent mistake, the Motion and Order did not name Sanov. Sanov is not licensed to practice law in California and has not taken any active role in this matter. His law firm, Morgan and Morgan, P.A., has already withdrawn.

7. The undersigned now seeks to amend the Court's Order to include Sanov or have the Court enter the attached Proposed Order allowing Sanov's withdrawal.

8. Plaintiff has been notified of this Motion in writing on February 21, 2022.

9. Defendant does not oppose this motion.

10. Given the insubstantial nature of this Motion, as well as the substantial burden to all parties in travelling and attending a hearing on this Motion, the undersigned respectfully requests that the Court waive oral argument.

11. This motion is not filed for purpose of, and the relief sought will not result in, undue delay or prejudice to any party.

WHEREFORE, for the reasons stated, Counsel respectfully requests that the Court enter an order discharging Counsel, Phillip N. Sanov Esq. of the law firm Morgan & Morgan, P.A., as attorney of record for Plaintiff, Media Chain, LLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED at San Francisco, California, this 25th day of February, 2022.

> MORGAN & MORAGN
> COMPLEX LITIGATION GROUP
>
> By: */s/ Michael F. Ram*
>    Michael F. Ram

**CERTIFICATE OF SERVICE**

I, Michael F. Ram, hereby certify that on February 25, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all registered CM/ECF users:

>Michael A. Taitelman, CSB #156254
>Email: mtaitelman@ftllp.com
>Sean M. Hardy, CSB #266446
>Email: smhardy@ftllp.com
>FREEDMAN + TAITELMAN, LLP
>1801 Century Park West, 5th Floor
>Los Angeles, California 90067
>Telephone: (310) 201-0005
>Facsimile: (310) 201-0045

*Attorneys for Defendants*

DATED this 25th day of February, 2022.

>MORGAN & MORGAN COMPLEX LITIGATION GROUP
>
>By: /s/ Michael F. Ram
>Michael F. Ram, SBN 104805
>Email: mram@forthepeople.com
>711 Van Ness Avenue, Suite 500
>San Francisco, CA 94102
>Telephone: (415) 358-6913
>Facsimile: (415) 358-6923