1  Michael F. Ram, SBN 104805
   Email: mram@forthepeople.com
2  Marie N. Appel, SBN 187483
   Email: mappel@forthepeople.com
3  MORGAN & MORGAN COMPLEX LITIGATION GROUP
4  711 Van Ness Avenue, Suite 500
   San Francisco, California 94102
5  Telephone: (415) 358-6913
   Facsimile: (415) 358-6923
6

7              U.S. DISTRICT COURT

8          NORTHERN DISTRICT OF CALIFORNIA

9             SAN FRANCISCO DIVISION

10

11 MEDIA CHAIN, LLC,                    NO. 3:21-cv-009528-AGT

12         Plaintiff,                   **[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW PHILIP SANOV AS COUNSEL FOR PLAINTIFF**
13     v.

14 ROKU, INC.,
                                        Honorable Edward M. Chen
15         Defendant.

16

17

18

19

20

21

22

23

24

25

26

27

[PROPOSED] ORDER GRANTING                    CASE NO. 3:21-CV-009528-AGT
MOTION TO WITHDRAW

1  Phillip Sanov, Esq., of the law firm of Morgan & Morgan, P.A. ("Counsel"), seeks to
2  withdraw as counsel for Plaintiff in the above-captioned litigation pursuant to Local R. 11-5(a)
3  and Cal. R. Prof. conduct 3-700(C)(5).  As this Court finds that Counsel has submitted
4  satisfactory reasoning for withdrawal, and that the granting of his Motion will not cause
5  substantial prejudice or delay to any party.
6  
7  IT IS HEREBY ORDERED that Phillip Sanov, Esq., of the law firm of Morgan &
8  Morgan, P.A. is GRANTED, and counsel is hereby terminated as counsel in this proceeding.

DATED: _____          By:   _____
                                      Hon. Edward M. Chen
                                      United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

[PROPOSED] ORDER GRANTING
MOTION TO WITHDRAW

CASE NO. 3:21-CV-009528-AGT

3