| | |
|---|---|
| Michael A. Tomasulo (SBN: 179389) | Dustin J. Edwards (*pro hac vice pending*) |
| mtomasulo@winston.com | dedwards@winston.com |
| David K. Lin (SBN: 278404) | WINSTON & STRAWN LLP |
| dlin@winston.com | 800 Capitol Street, Suite 2400 |
| Joe Netikosol (SBN: 302026) | Houston, TX 77002 |
| jnetikosol@winston.com | T: (713) 651-2600 |
| WINSTON & STRAWN LLP | F: (713) 651-2700 |
| 333 South Grand Avenue, 38th Floor | |
| Los Angeles, CA 90071 | |
| T: (213) 615-1700 | |
| F: (213) 615-1750 | |

Katherine Vidal (SBN: 194971)
*kvidal@winston.com*
Louis L. Campbell (SBN: 221282)
*llcampbell@winston.com*
WINSTON & STRAWN LLP
255 Shoreline Dr., Suite 520
Redwood City, CA 94065
T: (650) 858-6500
F: (650) 858-6550

***Attorneys for Defendant***
**Roku, Inc.**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Media Chain, LLC | **Case No. 21-cv-09528-EMC** |
| Plaintiff, | **ADMINISTRATIVE MOTION TO RESCHEDULE CASE MANAGMENT CONFERENCE AND EXTEND OTHER DEADLINES** |
| vs. | |
| Roku, Inc. | |
| Defendant. | |

1 | The parties have entered settlement negotiations. An agreement appears likely, but the parties may not be able to reach an agreement prior to certain imminent deadlines. In particular, the initial case management conference is currently scheduled for March 22, 2022, and the Court ordered Media Chain to appoint new counsel by March 21, 2022. Dkt. 80. Therefore, with permission of Plaintiff Media Chain LLC, Defendant Roku, Inc. moves the Court to reschedule the case management conference and to extend the deadline for Media Chain to appoint new counsel to April 26, 2022. These extensions will provide the parties with sufficient time to determine whether a settlement agreement is possible and memorialize any such agreement to writing.

Dated: Mach 16, 2022

WINSTON & STRAWN LLP

By: *Michael A. Tomasulo*
Michael A. Tomasulo (SBN: 179389)
mtomasulo@winston.com
David K. Lin (SBN: 278404)
dlin@winston.com
Joe Netikosol (SBN: 302026)
jnetikosol@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071
T: (213) 615-1700
F: (213) 615-1750

Katherine Vidal (SBN: 194971)
kvidal@winston.com
Louis L. Campbell (SBN: 221282)
llcampbell@winston.com
WINSTON & STRAWN LLP
255 Shoreline Dr., Suite 520
Redwood City, CA 94065
T: (650) 858-6500
F: (650) 858-6550

**ATTORNEYS FOR DEFENDANT ROKU, INC.**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 16, 2022, a true and correct copy of the ADMINISTRATIVE MOTION TO RESCHEDULE CASE MANAGMENT CONFERENCE AND EXTEND OTHER DEADLINES was electronically filed with the Clerk of the Court using the CM/ECF system, which sends notifications of such filing to all counsel of record who have consented to accept service by electronic means.

*/s/ Michael A. Tomasulo*
Michael A. Tomasulo