UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Media Chain, LLC<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Roku, Inc.<br><br>　　　　Defendant. | **Case No. 21-cv-09528-EMC**<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

On this day, Plaintiff Media Chain, LLC ("Media Chain") and Defendant Roku, Inc. ("Roku"), announced to the Court that they have settled their respective claims for relief from each other asserted in this case. The Court, having considered this request, is of the opinion that their request for dismissal should be GRANTED.

IT IS THEREFORE ORDERED that the above-entitled cause and all claims against Roku by Media Chain and against Media Chain by Roku herein are dismissed, with prejudice to the re-filing of same.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same, except to the extent Roku files, and the Court grants, a timely motion for attorneys fees and costs against Morgan & Morgan, Media Chain's former counsel.

This is a final judgment.

Signed this   18    day of  May          , 2022.

_____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE