1   Michael A. Tomasulo (SBN: 179389)        Dustin J. Edwards (*pro hac vice*)
    *mtomasulo@winston.com*                   *dedwards@winston.com*
2   David K. Lin (SBN: 278404)                WINSTON & STRAWN LLP
    *dlin@winston.com*                        800 Capitol Street, Suite 2400
3   Joe Netikosol (SBN: 302026)               Houston, TX 77002
    *jnetikosol@winston.com*                  T: (713) 651-2600
4   WINSTON & STRAWN LLP                      F: (713) 651-2700
    333 South Grand Avenue, 38th Floor
5   Los Angeles, CA 90071
    T: (213) 615-1700
6   F: (213) 615-1750

7   Louis L. Campbell (SBN: 221282)
    *llcampbell@winston.com*
8   WINSTON & STRAWN LLP
    255 Shoreline Dr., Suite 520
9   Redwood City, CA 94065
    T: (650) 858-6500
10  F: (650) 858-6550

11  Attorneys for Defendant
    Roku, Inc.

12

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

16

| | |
|---|---|
| 17   Media Chain, LLC, | **Case No. 21-cv-09528-EMC** |
| 18              Plaintiff, | **DEFENDANT ROKU'S STATUS REPORT[1]** |
| 19         vs. | |
| 20   Roku, Inc., | Judge:  Hon. Edward Chen |
| 21              Defendant. | |
| 22 | |

23

24

25

26

27

28

---

[1] Defendant Roku, Inc. respectfully submits this status report non-jointly because Plaintiff Media Chain, LLC currently does not have counsel representing it in this matter (Dkt. 80) and the anticipated motion for sanctions or fee motion pertained to Morgan & Morgan, who is no longer representing Plaintiff Media Chain, LLC in this matter (Dkt. 80).

1    Defendant Roku, Inc. ("Roku") by and through its undersigned counsel, respectfully files this

2  status report in accordance with the Court's May 18, 2022 order requiring a Joint Status Report due by

3  August 23, 2022 (Dkt. 92).

4    The parties have settled this matter.  The Court issued its Order of Dismissal with Prejudice

5  granting Roku leave to file a "timely" motion for attorneys' fees and costs against Morgan & Morgan,

6  Media Chain's former counsel (Dkt. 92).  Roku filed its Administrative Motion for Clarification or

7  Extension of Time (Dkt. 93) to allow time to meet and confer with Morgan & Morgan.  Counsel for

8  Roku and Morgan & Morgan then met and conferred June 14, 2022 and agreed to a two-week extension

9  of time for Roku to file its Motion for Sanctions.  Accordingly, Roku filed (Dkt. 94) and the Court

10  granted (Dkt. 95) an Agreed Motion for Extension to File Motion for Sanctions.  Furthermore, Roku

11  respectfully informs the Court that it no longer intends to file a motion for sanctions or fee motion

12  against Morgan & Morgan. Therefore, since Roku will no longer requires leave to file a fee motion and

13  the Court has entered "final judgment" (Dkt. 92), Roku respectfully requests that the Court instruct the

14  clerk of Court to close this matter.

15

16   Dated: August 19, 2022                          WINSTON & STRAWN LLP

17                                                     By:   *Michael A. Tomasulo*
                                                         Michael A. Tomasulo
18                                                       David K. Lin
                                                         Joe Netikosol
19                                                       Winston & Strawn LLP
                                                         333 S. Grand Avenue
20                                                       Los Angeles, CA 90071
                                                         Tel. (213) 615-1700
21                                                       Fax (213) 615-1750
                                                         *mtomasulo@winston.com*
22                                                       *dlin@winston.com*
                                                         *jnetikosol@winston.com*
23
                                                         Louis Campbell
24                                                       Winston & Strawn LLP
                                                         255 Shoreline Drive, Suite 520
25                                                       Redwood City, CA 94065
                                                         Tel. (650) 858-6500
26                                                       Fax (650) 858-6550
                                                         *llcampbell@winston.com*
27
                                                         ATTORNEYS FOR DEFENDANT ROKU, INC.
28

1
2
3

**CERTIFICATE OF SERVICE**
**United States District Court for the Northern District of California**
*Media Chain, LLC v. Roku, Inc.*
**Case No. 21-cv-09528-EMC**

4
5

    I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is Winston & Strawn LLP, 333 S. Grand Avenue, Los Angeles, CA 90071-1543.  On August 19, 2022, I served the following document(s):

6

**DEFENDANT ROKU INC'S STATUS REPORT**

7
8
9

☒    **ECF:** by electronically filing the document(s) listed above using the Court's CM/ECF System, in accordance with the applicable Federal Rules of Civil Procedure and the Local Rules of this Court. A Notice of Electronic Filing (NEF) will be automatically generated by the CM/ECF system.

10
11

☒    **EMAIL:** I transmitted PDF format copies of the document(s) described above to the email address below.  The documents were transmitted by electronic transmission and such transmission was reported as complete and without error.

12
13
14

| Michael F. Ram | Mram@forthepeople.com |
|---|---|
| Philip N. Sanov | psanov@forthepeople.com |
| William B. Lewis | wlewis@forthepeople.com |
| Arletys Hernandez | ahernandez@forthepeople.com |

15
16

    I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

17

Signed: */s/ Michael A. Tomasulo*

18

Dated:  August 19, 2022

19
20
21
22
23
24
25
26
27
28